**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2084**

―――――――――

FRED WOMBLE,

Plaintiff - Appellant,

versus

HARRISON COUNTY COURTHOUSE,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-97-139-1)

―――――――――

Submitted:  November 6, 1997          Decided:  November 19, 1997

―――――――――

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Fred Womble, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Womble v. Harrison County Courthouse</u>, No. CA-97-139-1 (N.D.W. Va. Aug. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>